Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | Case No. CV10-4555-CAS (RCx) |
| Plaintiff, | |
| vs. | **IN ADMIRALTY** |
| HOWARD WALLACE JR. aka HOWARD WALLACE individually and dba AGRITRANSPORT | **INTERLOCUTORY DISMISSAL** |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff may have up to and including December 30, 2011 to reopen this case only if the settlement is not consummated for any reason and a written request to reopen this case is filed with this Court on or before December 30, 2011. Said reopener shall be for the purposes of having judgment entered pursuant to the stipulation of the parties.

1

If Plaintiff has not requested this Court to reopen the case on or before December 30, 2011 the complaint will therefore be deemed dismissed with prejudice as to all parties and all causes of action with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: July 28, 2011

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On July 27, 2011, I served the foregoing document described as **[PROPOSED] INTERLOCUTORY DISMISSAL** on the interested parties as follows:

Edward J. O'Reilly
Law Offices of Edward J. O'Reilly
3233 E. Broadway
Long Beach, California 90803

[ ] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] **VIA CM/ECF:** Pursuant to General Order 10-7 the forgoing document was served on counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 27, 2011, at Long Beach, California.

_s/Stephen M. Uthoff_____
Stephen M. Uthoff

3